# UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

KARI KLAUSMAN,

                Plaintiff,

vs.

CSK AUTO, INC., et al,

                Defendant.

C07-314 JPD

## MINUTE ORDER

The above referenced case has been initially assigned to the Honorable James P. Donohue, United States Magistrate Judge, subject to the consent of the parties pursuant to 28 U.S.C. 636(c)(1)(C).

On March 5, 2007, notice of the parties rights with regard to consenting to the case being assigned to Magistrate Judge Donohue for all purposes was filed by the Clerk of Court. The parties were advised they had until May 8, 2007, (as amended from the original date of April 16, 2007) to consent, if they wished.

In the interim, a Motion for Extension of Initial Conference and Discovery Requirements has been filed. Accordingly, pending dates are adjusted as follows:

Consent to Assignment to Magistrate Judge Donohue        Friday, May 4, 2007

1 | In the event the parties (or any party) choose not to consent, the case will be
2 | reassigned to a District Judge.

Dated this 30th day of April, 2007

Bruce Rifkin
Clerk of Court

by:  /s/   PETER H. VOELKER
        Peter H. Voelker, Deputy Clerk